## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.: <u>ED CV 19-1321-DDP (PLA)</u>                                                        Date: <u>January 14, 2020</u>

Title:   <u>Adalina Aguilar v. Andrew M. Saul, Commissioner of Social Security</u>

---

PRESENT:  THE HONORABLE   <u>PAUL L. ABRAMS</u>

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**           **ATTORNEYS PRESENT FOR DEFENDANT:**
NONE                                                                                              NONE

**PROCEEDINGS:  (IN CHAMBERS)**

Pursuant to this Court's Order of July 19, 2019, the parties were to notify the Court by January 9, 2020, through the lodging of a proposed Judgment, if a voluntary remand was being accepted in this case.  In the event that there was no agreement as to a voluntary remand, **plaintiff** was to inform the Court of this fact no later than January 7, 2020, through the filing of a pleading entitled "Notice of Compliance with Settlement Conference Order."  To date, neither of these documents has been received by the Court.  Accordingly, **no later than January 22, 2020, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and failure to follow Court orders.  Timely filing of one of the two required documents, and compliance with the additional requirements set forth in the July 19, 2019, Order, shall be deemed compliance with this Order to Show Cause.

**Plaintiff's failure to timely respond to this Order shall result in dismissal of this action.**

cc:     Adalina Aguilar, pro se
          Amanda Schapel, SAUSA

Initials of Deputy Clerk   <u>ch</u>