JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ADALINA A., | No. ED CV 19-1321-DDP (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: March 13, 2020

————————————————
HONORABLE DEAN D. PREGERSON
SENIOR UNITED STATES DISTRICT JUDGE